STATE of Missouri, Plaintiff/Respondent,

v.

William Frank LOEBLEIN,
Defendant/Appellant.

No. 65143.

Missouri Court of Appeals,
Eastern District,
Division Five.

April 30, 1996.

Motion for Rehearing and/or Transfer to
Supreme Court Denied June 4, 1996.

Case Transferred to Supreme Court
Aug. 20, 1996.

Case Retransferred to Court of
Appeals Dec. 17, 1996.

Original Opinion Reinstated
Jan. 3, 1997.

Deborah B. Wafer, Dist. Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Christine M. Blegen, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANE, C.J., GEORGE M. FLANIGAN, Senior Judge, and HOFF, J.

*ORDER*

PER CURIAM.

Defendant appeals his conviction and sentence after a jury-waived trial of four counts of deviate sexual assault in the first degree in violation of § 566.070 RSMo 1978 and two counts of sexual assault in the first degree in violation of § 566.040 RSMo 1978. He was sentenced to consecutive terms of seven years imprisonment on each count.

No error of law appears and no jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 30.25(b).